IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ALLIANZ GLOBAL RISKS US       *
INSURANCE CO.,                *
                              *
     Plaintiff,               *
                              *
        v.                    *       CV 113-171
                              *
TERRY LEE McCORKLE, et al.,   *
                              *
     Defendants.
```

**O R D E R**

Presently before the Court is the parties' amended consent motion to reopen this case and disburse interpleaded funds. (Doc. 64.)[1] On September 18, 2013, at the parties' request, the Court ordered that the $5,000,000.00 at issue in this interpleader action be deposited into the Court's Registry. (Doc. 6.) Subsequently, Pavilion Group, LLC, Mary Anne Roth, Hartford Fire Insurance Company, VCP SOUTH, LLC, and Jeremy Hayden moved to intervene. The Court granted Pavilion Group, LLC's, Mary Anne Roth's, and Jeremy Hayden's motions. (Doc. 62.) In that Order, the Court stayed the case pending the resolution of the underlying lawsuits in Fulton County State Court.

---

[1] Also pending on the Court's docket is the parties' original motion to disburse. (Doc. 63.) Because the parties filed the amended motion, the Clerk is instructed to **TERMINATE** the original motion (doc. 63).

The parties now represent that they have settled this matter and the underlying Fulton County suits. They have consented to $4,900,000.00, plus interest, being distributed equally between the survivors of and representatives of the estate of Heidi Lynn McCorkle, the survivors of and representatives of the estate of Kimberly Marie Davidson, the survivors of and representatives of the estate of Tiffany Denise Porter, and the survivors of and representatives of the estate of Lisa Ann Volpitto. And they have agreed that the remaining $100,000.00 will be disbursed to Allianz Global Risks U.S. Insurance Company. In compliance with Local Rule 67.3, the parties also note that ten percent (10%) of the accrued interest on the funds should be paid to the Clerk of the Court.

Upon consideration, the Court **GRANTS** the parties' motion and **ORDERS** the following:

1. The Clerk is **DIRECTED** to disburse **$100,000.00** to **Allianz Global Risks U.S. Insurance Company**, to be mailed to:

    James T. Brieske,
    Gray, Rust, St. Amand, Moffett and Brieske, LLP
    1700 Atlanta Plaza
    950 East Paces Ferry Road
    Atlanta, Georgia 30326;

    and

2. The Clerk is **DIRECTED** to disburse **$4,900,000.00, plus** any accrued interest, **minus** ten percent of that interest as provided by Local Rule 67.3, to **Boone and Stone Trust Account**,[2] to be mailed to:

>   Law Offices of William S. Stone
>   589 College Street
>   P.O. Drawer 70
>   Blakely, Georgia 39823.

The parties are further instructed to promptly file a stipulation of dismissal or any other appropriate motions.

**ORDER ENTERED** at Augusta, Georgia this 4th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The parties represent that the money deposited in this trust account will be equally divided as mentioned above.